FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 05, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRI-CITY RAILROAD COMPANY, LLC, a Washington limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>PREFERRED FREEZER SERVICES OF RICHLAND, LLC, a Delaware limited liability company<br><br>    Defendant. | No. 2:19-CV-00045-SAB<br><br>**ORDER DISMISSING ACTION; CLOSING FILE** |

Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 164. The motion was heard without oral argument. Plaintiff is represented by Rydel Peterson. Defendant is represented by Mark Tuvim and Patrick Jordan.

The parties stipulate and ask that the Court dismiss the above-captioned action with prejudice and without costs or fees to any party.

Accordingly, **IT IS HERE BY ORDERED**:

1.    The parties' Stipulated Motion to Dismiss, ECF No. 164, is **GRANTED**.

//

//

//

**ORDER DISMISSING ACTION; CLOSING FILE ~ 1**

2. The above-captioned action is **DISMISSED**, with prejudice and without costs or fees to any party.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 5th day of June 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION; CLOSING FILE** ~ 2